

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

*Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,**

v.

**FALCON GROUP, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1993.
Decided Nov. 3, 1994.

Stanley J. Wolowski, Pittsburgh, for Pa. St. Police.

Gary F. DiVito, Philadelphia, for Falcon Group.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of*

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,**

v.

**HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1993.
Decided Nov. 3, 1994.

Stanley J. Wolowski, Pittsburgh, for Pa. St. Police.

Gary F. DiVito, Philadelphia, for Hosp. Invest.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

■

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant**

v.

**HOSPITALITY INVESTMENTS OF SOCIETY HILL, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1993.

Decided Nov. 3, 1994.

Stanley J. Wolowski, Pittsburgh, for Pennsylvania State Police.

Gary F. DiVito, Philadelphia, for Hospitality Investments.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, 650 A.2d 854.

■

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Clifford SMITH, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 5, 1993.

Decided Nov. 22, 1994.

